UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:  William B. Lawson, BPR # 010796  )
        112 Gay St., Ste. A               )   **FILED UNDER SEAL**
        Erwin, TN 37650                   )   No.: 3:19-dm-22

## ORDER OF SUSPENSION

Because the Tennessee Supreme Court suspended the law license of William B. Lawson, this Court ordered William B. Lawson to show cause why he should not be suspended from the practice of law in the United States District Court, Eastern District of Tennessee [Doc. 1]. Mr. Lawson has failed to answer or otherwise respond to the show cause order within the time required. Accordingly, William B. Lawson is **SUSPENDED** from the practice of law in the United States District Court, Eastern District of Tennessee. The suspension shall be a matter of public record. Upon his reinstatement to the practice of law by the Tennessee Supreme Court, Mr. Lawson may seek reinstatement to the practice of law in the United States District Court, Eastern District of Tennessee, pursuant to E.D. Tenn. L.R. 83.7.

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**